JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney
THOMAS MOORE (ASBN 4305-078T)
Assistant United States Attorney
Chief, Tax Division
    9th Floor Federal Building
    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102
JOHN W. STRATE (CSBN 211856)
Special Assistant United States Attorney
    55 S. Market Street, Suite 505
    San Jose, CA 95113
    Telephone: (408) 817-4650
    Facsimile:  (408) 817-4651
*Attorneys for the United States of America (IRS)*

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re<br><br>PETER B. & EMILY M. RAMIREZ,<br><br>                  Debtors. | Case No.: 09-58456 RLE<br>(Chapter 13)<br><br>Date: June 17, 2010<br>Time: 10:00 AM<br>Place: U.S. Courthouse<br>       280 S. First Street, Room 3099<br>       San Jose, CA 95113 |

**Withdrawal of Objection to Plan Confirmation by
Creditor United States of America (IRS)**

The United States of America, for itself and on behalf of the Internal Revenue Service (the "Service"), withdraws its objection to plan confirmation.

////

////

| | |
|---|---|
| | JOSEPH P. RUSSONIELLO<br>United States Attorney |
| Dated: <u>June 14, 2010</u>. | */s/ John W. Strate*<br>JOHN W. STRATE<br>Special Assistant United States Attorney<br>*Attorneys for the United States* |

| | |
|---|---|
| 1 | JOSEPH P. RUSSONIELLO (CSBN 44332)<br>United States Attorney<br>THOMAS MOORE (ASBN 4305-078T)<br>Assistant United States Attorney<br>Chief, Tax Division<br>    9th Floor Federal Building<br>    450 Golden Gate Avenue, Box 36055<br>    San Francisco, California 94102<br>JOHN W. STRATE (CSBN 211856)<br>Special Assistant United States Attorney<br>    55 S. Market Street, Suite 505<br>    San Jose, CA 95113<br>    Telephone: (408) 817-4650<br>    Facsimile: (408) 817-4651<br>*Attorneys for the United States of America (IRS)* |

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re<br><br>PETER B. & EMILY M. RAMIREZ,<br><br>                  Debtors. | Case No.: 09-58456 RLE<br>(Chapter 13)<br><br>Date: June 17, 2010<br>Time: 2:00 pm<br>Place: U.S. Courthouse<br>       280 S. First Street, Room 3099<br>       San Jose, CA 95113 |

**Certificate of Service**

I, <u>ELLEN S. ROY</u>, declare as follows:

I am over the age of eighteen years and am not a party to the above-entitled action. I am employed by the Office of Chief Counsel, Internal Revenue Service, with a post of duty at 55 S. Market Street, Suite 505, San Jose, Santa Clara County, California 95113.

As an employee of the Office of Chief Counsel in San Jose, I am familiar with our office's internal mail collection system. In the ordinary course of business, items placed for mailing in our internal mail collection system are deposited in the United States

| | |
|---|---|
| 1 | mail, after the requisite postage is affixed thereon, the same day the items are placed for |
| 2 | mailing. |
| 3 | On <u>June 14, 2010,</u> in the ordinary course of business, I placed true and correct |
| 4 | copies of the following document(s): |

**Withdrawal of Objection to Plan Confirmation by
the United States of America (IRS)**

in individual envelops addressed to the parties below and placed them in our internal mail collection system:

*Attorney for Debtor(s)*                *Debtor(s)*

**Javad Ellahie**                       **Peter Ramirez**
Law Offices of Ellahie & Farooqui       **Emily Ramirez**
12 S. First St. #600                    1954 Meridian Ave.
San Jose, CA 95112                      San Jose, CA 95125

*Chapter 13 Trustee*

**Devin Derham-Burk**
P.O. Box 50013
San Jose, CA 95150-0013

I declare under penalty of perjury that the foregoing is true and correct.

Executed on <u>June 14, 2010,</u> in San Jose, California.

/s/ *Ellen S. Roy*